IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL T. RUHLING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CV1016-SNL |
| | ) | |
| CORD MOVING & STORAGE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED PROTECTIVE ORDER AS TO MOTION TO WITHDRAW FILED UNDER SEAL

The undersigned representative for the Plaintiff proposes the following protective order as to the Motion to Withdraw that was filed under seal:

1. The information as to the attorney-client relationship and the Plaintiff's behavior provided in the Motion to Withdraw that was filed under seal is hereby determined to be confidential and shall not be used for purposes of this litigation or for any other purpose whatsoever during the present suit or thereafter.

2. The confidential information may be inspected by and disclosed only to the following persons:

   a. Counsel representing the parties to this action;

   b. The Court or court personnel; and

3. During deposition testimony, the confidential information outlined above shall not be referred to or used against the client or for any other reason by way of mention, reference to or exhibit, and shall be excluded from all use whatsoever.

1

4. The confidential information may not be provided to any persons, even to those who have a use for the confidential information in the present litigation. At the time the information is served upon counsel for Defendant, counsel shall inform all staff and clients that the material may not be copied, is confidential and not to be disclosed to other persons, and must be sealed or destroyed pursuant to the terms of this order.

5. Before disclosing the confidential information to any person, counsel shall advise each person to whom such disclosure is made of the terms of this Protective order (i.e. that the information may not be used for purposes of the instant litigation or for any other purpose). Counsel shall not disclose the documents, copies or extracts thereof to any person who does not agree to be bound by and to comply with the terms of this Protective Order.

6. Neither the parties nor their counsel shall in any manner, directly or indirectly, transfer the documents, or copies of the documents, or communicate, orally or in writing, any of the data contained in the documents to any person other than for the purposes and under the circumstances set out in this Protective Order.

7. At the conclusion of the instant case, all documents containing this confidential subject matter must be sealed, destroyed or returned to Plaintiff, rather than retained by counsel served with the confidential Motion filed under seal and protected herein.

All documents served that are deemed confidential are defined in paragraph 1 of this Protective Order shall be labeled as CONFIDENTIAL and dealt with by the parties as set forth in this Protective Order.

Entered this 9th day of May, 2005.

_____
District Judge

APPROVED FOR ENTRY:


_____
Herman L. Jimerson, #10509
JIMERSON LAW FIRM, P.C.
225 S. Meramec, Suite 508
Clayton, MO 63105
(314) 862-0069
(314) 862-4134 Facsimile

Attorney for Plaintiff