# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RUSSELL T. RUHLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:04CV1016-SNL |
| ) | |
| CORD MOVING AND STORAGE CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's Motion to Amend ADR Referral and Case Management Order is before the Court. Plaintiff is acting *pro se* and has indicated to counsel for the defendant that because of his scheduling problems and his medical condition, he is unable to meet certain deadlines established by the initial case management order.

The Court finds that the motion to amend is well taken and will amend the case management order as requested and reset the case for trial on March 20, 2006.

**IT IS THEREFORE ORDERED** that the proposed amended case management order as set out in defendant's motion to amend is **ADOPTED**, and this case is reset for jury trial March 20, 2006.

**IT IS FURTHER ORDERED** that the parties shall be required to comply with the amended case management order and the failure to do so can result in sanctions. Sanctions could even involve the dismissal of the action.

Dated this   14th   day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE