UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL T. RUHLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1016SNL |
| | ) |
| CORD MOVING AND STORAGE CO., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that attorneys' fees and costs, in the total amount of $15,816.48, are awarded to defendant Cord Moving and Storage Co. and against plaintiff Ruhling in this cause of action.

Dated this ___8th___ day of November, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE